IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JASON LINDLEY SEARS                                        PLAINTIFF

v.                      Case No. 3:13-CV-03046

SHERIFF BOB GRUDEK, Carroll County,
Arkansas; SGT. SNYDER; and LT. ROUSEY            DEFENDANTS

**ORDER**

       The Court has received proposed findings and recommendations (Doc. 17) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections.[1] After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

       IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Doc. 9) is GRANTED, and Plaintiff's Complaint is dismissed with prejudice as it is frivolous and fails to state a claim upon which relief may be granted.

       The Clerk is directed to place a § 1915(g) strike flag on the case.

       Judgment will be entered accordingly.

       IT IS SO ORDERED this 13th day of December, 2013.

                                                       /s/ P. K. Holmes, III
                                                       P.K. HOLMES, III
                                                       CHIEF U.S. DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation originally mailed to Plaintiff was returned marked as undeliverable. The Clerk of Court mailed the Report and Recommendation to Plaintiff's last known address at the Carroll County Detention Center. Plaintiff has not provided the Court with a current address. It is Plaintiff's responsibility to keep his address current with the Court. Local Rule 5.5(c)(2) provides that "[i]t is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitory the progress of the case, and to prosecute or defend the action diligently."